```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

ANDREW TORO,

                Plaintiff,

- against -

INTERFACE, INC.,

                Defendant.

22-cv-8354 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

    On January 5, 2023, the time for the defendant to respond to the complaint was extended, for a second time, to February 6, 2023. ECF No. 9. The defendant has failed to respond to the complaint. Accordingly, the plaintiff may move by order to show cause for a default judgment by **February 24, 2023**. If the plaintiff fails to move for a default judgment by that date, the case will be dismissed without prejudice for failure to prosecute.

    The conference scheduled for Wednesday, February 15, 2023 is canceled.

**SO ORDERED.**

Dated:    New York, New York
             February 13, 2023

                                          John G. Koeltl
                                     United States District Judge